AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Daniel Vasquez-Ramirez<br>aka: Roberto Jimenez-Gomez<br>XXX XXX 012<br>*Defendant(s)* | Case No. SA:25-MJ-1589 |

**FILED**
November 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: AC
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 16, 2025 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry<br><br>Penalties: Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

Joe A. Gonzalez, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: November 17, 2025

*Judge's signature*

City and state: San Antonio, Texas

Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Joe Gonzalez, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since March 12, 2023. I was previously employed as a Border Patrol Agent under the Office of Border Patrol where I was hired on May 28, 2009. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or her successor, the Secretary of the Department of Homeland Security.

On November 16, 2025, Daniel VASQUEZ-Ramirez (hereafter "VASQUEZ") AKA: Roberto Jimenez-Gomez, was encountered at the Bexar County Adult Detention Center in San Antonio, Texas, which is located within the Western District of Texas, after he was arrested for "Driving While Intoxicated/Open Alcohol Container." ICE/ERO officers conducted immigration history and criminal history inquiries which determined VASQUEZ to be an alien illegally present within the United States and who had been previously removed from the United States. An immigration detainer was lodged against VASQUEZ. On November 17, 2025, VASQUEZ was released from the Bexar County Adult Detention Center and transported to the ICE/ERO San Antonio office for processing.

At the ICE/ERO office, VASQUEZ's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that VASQUEZ is a citizen and national of Mexico with assigned Alien Registration Number A-XXX-XXX-012. A review of A-XXX-XXX-012 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that VASQUEZ is an alien who was previously removed from the United States to Mexico on or about September 9, 2019.

A review of VASQUEZ's criminal history revealed that on December 13, 2018, he was convicted in the United States District Court, Western District of Texas, Del Rio Division, of 8 U.S.C. §1326, "Illegal Re-Entry into the United States," and was sentenced to twelve (12) months confinement.

Immigration databases revealed that VASQUEZ has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his removal.

On November 17, 2025, the defendant was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On November 17, 2025, the Consulate General of Mexico was notified of VASQUEZ's arrest. An immigration detainer will be filed with the U.S. Marshals Service.

_____
Joe Gonzalez
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically and signed electronically on this __17th__ day of November, 2025.

_____
HON. HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE